*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 18-BG-1346**

IN RE CHARLES L. TOBIAS

**2018 DDN 327**

A Member of the Bar of the
District of Columbia Court of Appeals

**Bar Registration No. 417437**

BEFORE: Glickman, Associate Judge, and Nebeker and Fisher, * Senior Judges.

### O R D E R
#### (FILED— November 19, 2020)

On consideration of the certified order of the Court of Appeals of Maryland disbarring respondent by consent from the practice of law in that jurisdiction; this court's January 23, 2019, order suspending respondent pending resolution of this matter and directing him to show cause why reciprocal discipline should not be imposed; and the statement of Disciplinary Counsel; and it appearing that respondent failed to file either a response to this court's order to show cause or his D.C. Bar R. XI, §14 (g) affidavit, and it further appearing that this order was entered on March 15, 2019, but was not published as required, it is

ORDERED that Charles L. Tobias is hereby disbarred from the practice of law in the District of Columbia nunc pro tunc to March 15, 2019. *See In re Sibley*, 990 A.2d 483 (D.C. 2010); *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable

_____

* Judge Fisher was an Associate Judge of the court on March 15, 2019. His status changed to Senior Judge on August 23, 2020.

presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate).  It is

FURTHER ORDERED that for purposes of reinstatement the period of respondent's disbarment will not begin to run until such time as he files a D.C. Bar R. XI, § 14 (g) affidavit.

**PER CURIAM**